# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT L. MEDCALF, *et al.*, | |
| Plaintiffs, | Case No. 2:10-cv-00235-LDG (PAL) |
| v. | **ORDER** |
| COUNTRYWIDE HOME LOANS, *et al.*, | |
| Defendants. | |

Defendants have moved to dismiss (#34) the plaintiffs' First Amended Complaint. The plaintiffs have not filed an opposition. Pursuant to Local Rule 7-2(d), the failure to file points and authorities in response to any motion constitutes a consent to the granting of the motion. Accordingly,

THE COURT **ORDERS** that Defendants' Motion to Dismiss (#34) is GRANTED. Plaintiffs' First Amended Complaint is DISMISSED with prejudice.

DATED this 29 day of March, 2011.

_____
Lloyd D. George
United States District Judge