J. CHRISTOPHER JORGENSEN, ESQ.
STATE BAR NO. 5382
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89169
(702) 949-8200
(702) 949-8398/fax

*Attorneys for Defendants Mortgage Electronic Registration Systems, Inc., Countrywide Home Loans, Inc., Bank of America and Recontrust Company*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT L. MEDCALF; CAROL M. MEDCALF,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS; BANK OF AMERICA; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; REPUBLIC MORTGAGE LLC; RECONTRUST COMPANY;<br><br>Defendants. | Case: 2:10-cv-00235-LDG-GWF<br><br>**ORDER CANCELING LIS PENDENS** |

This Court granted Defendants Countrywide Home Loans, Inc., Mortgage Electronic Registration Systems, Inc., Bank of America and Recontrust Company (collectively "Defendants"), Motion to Dismiss on March 29, 2011 [Dkt. 37].

Defendants further request that the lis pendens currently recorded against the subject property by Plaintiffs Robert L. Medcalf and Carol M. Medcalf ("Plaintiffs") be canceled.

The Court finds that Plaintiffs recorded a Notice of Pendency of Action ("Lis Pendens") on or about October 29, 2009, in Book No. 20091029 as Instrument No. 0002825 in the real property records maintained by the Clark County Recorder.

UPON CONSIDERATION of Defendants' request to cancel the Lis Pendens, and good cause appearing therefore, the Court hereby grants Defendants their requested relief and rules as follows:

-1-      444762

1.   IT IS FURTHER ORDERED, ADJUDGED, and DECREED that the Lis Pendens is hereby cancelled, released, and expunged; and

2.   IT IS FURTHER ORDERED, ADJUDGED and DECREED that this order canceling the Lis Pendens has the same effect as an expungement of the original Lis Pendens; and

3.   IT IS FURTHER ORDERED, ADJUDGED and DECREED that Defendants record a properly certified copy of this cancellation order in the real property records of Clark County, Nevada within a reasonable amount of time from the date of this order's issue.

ENTERED this ___12___ day of April, 2011.

By _____
UNITED STATES DISTRICT JUDGE

submitted by:

LEWIS AND ROCA LLP


By: */s/ J. Christopher Jorgensen*
    J. CHRISTOPHER JORGENSEN, ESQ.
    MENG ZHONG, ESQ.
    3993 Howard Hughes Pkwy., Ste. 600
    Las Vegas, NV 89169

*Attorneys for Defendants*